# EXHIBIT B

| Date | Atty | Description of Services | Hours |
|------|------|-------------------------|-------|
| 11/06/24 | CHK | Conference call with Richard Fuqua, John Carney, Jarett LaRochelle, Preston Towber and Alex Cohn regarding settlement agreement (.4); revisions to settlement agreement (.6); telephone conference with Richard Fuqua regarding same (1.0); telephone conference with Preston Towber regarding same (.4). | 2.40 |
| 11/06/24 | AWC | Review and analyze P. Towber's revisions to settlement agreement (.5); analyze issues related to agreed judgment and enforcement of same (.2); prepare and draft proposed agreed judgment (.8); conference call with D. Fuqua, P. Towber, J. LaRochelle, and review and analyze related outstanding issues and revisions to settlement agreement, and draft and revise same (.9); research "Turnkey Hospitality" entity and analyze related bankruptcy issues (.9); attention to phone conferences and email correspondences with D. Fuqua re: Group 1 Auto LLC claims and related revisions (1.2). | 4.50 |
| 11/06/24 | PCS | Review, analyze and discuss how to address issues with form of Settlement Agreement (.5). | 0.50 |
| 11/07/24 | AWC | Analyze proof of funds documents and related correspondence with N. Hussain and D. Fuqua (.5); prepare for and attend 341 Creditor's Meeting (.8); attend settlement agreement conference call with P. Towber, J. LaRochelle, and D. Fuqua, and review Hussain Parties' revisions to proposed settlement agreement and analyze related resolutions moving forward (.3); research entities related to Turnkey Hospitality Solutions, LLC; continue revising settlement agreement in light of discussions with opposing counsels and Trustee (.6). | 2.20 |
| 11/07/24 | CHK | Telephone conference with Preston Towber regarding settlement Issues (.5); prepare for and conference call with Dick Fuqua, Preston Towber and John Carney regarding settlement agreement issues (.8); attend 341 meeting and discussion with trustee (1.1). | 2.40 |
| 11/07/24 | PCS | Review and advise as to suggested revisions for final form of Settlement Agreement (.4). | 0.40 |
| 11/08/24 | AWC | Continue drafting and revising settlement agreement, proposed agreed judgment, and motion to approve settlement agreement (1.0); attention to phone conferences and email correspondences with opposing counsels re: revisions to same (1.0). | 2.00 |
| 11/08/24 | CHK | Review and work on revisions to settlement agreement (1.0); telephone conference with Dick Fuqua regarding same(l.O); emails with other counsel regarding same; revise motion to approve settlement and forward to Preston Towber (.9). | 2.90 |
| 11/09/24 | CHK | Telephone conference with Richard Fuqua regarding settlement Agreement (.2); attention to settlement agreement (.1). | 0.30 |
| 11/10/24 | CHK | Review and revise settlement agreement (.4); telephone conference with Alex Cohn regarding same(.2); email to Dick Fuqua and Preston Towber regarding same (.2). | 0.80 |

| Date | Atty | Description of Services | Hours |
|---|---|---|---|
| 11/10/24 | AWC | Review and revise settlement agreement in light of latest comments and suggested revisions from opposing counsels (1.7). | 1.70 |
| 11/11/24 | CHK | Telephone conference with Dick Fuqua (.3); emails with Preston Towber regarding settlement agreement (.1). | 0.40 |
| 11/11/24 | AWC | Attention to correspondence with Trustee (re: motion to approve settlement agreement and settlement agreement) and with opposing counsel (re: finalizing settlement agreement) (.1). | 0.10 |
| 11/12/24 | CHK | Prepare for and attend three conference calls with other counsel on settlement agreement (1.3); attention to emails regarding same (.5); revisions of agreement (2.3). | 4.10 |
| 11/12/24 | AWC | Review and analyze opposing counsels' revisions to settlement agreement in conjunction with prior drafts and revise same accordingly (1.5); attention to email correspondences and conference calls with P. Towber and opposing counsels re: same (1.1); attention to finalizing settlement agreement and exhibits thereto (.9). | 3.50 |
| 11/13/24 | CHK | Gather comments and revise settlement agreement in light of opposing counsel's latest comments (.6); distribute same (.1); telephone conferences with Dick Fuqua regarding same (.5). | 1.20 |
| 11/13/24 | AWC | Attention to email correspondences with opposing counsels re: finalizing settlement agreement (.2); and attention to effectuating final changes thereto (.2). | 0.40 |
| 11/14/24 | AWC | Attention to correspondences with opposing counsels and logistics of finalizing agreement (.5); review and analyze Trustee's revisions to settlement agreement, and revise settlement agreement accordingly (.6). | 1.10 |
| 11/14/24 | CHK | Revisions to settlement agreement in light of Trustee's comments (.5); telephone conference with counsel regarding same (.6). | 1.10 |
| 11/15/24 | AWC | Review and analyze final redlines to settlement agreement and attention to execution of same (.6); final review of settlement agreement and exhibits thereto, and attention to logistics of closing agreement (.6). | 1.20 |
| 11/15/24 | CHK | Finalize settlement agreement in light of all parties' final comments and concerns (1.0); telephone conferences with Dick Fuqua regarding same (.8). | 1.80 |
| 11/16/24 | AWC | Review, analyze, and revise Motion to Approve Settlement Agreement and Proposed Order thereto (.6). | 0.60 |
| 11/16/24 | CHK | Review of motion to approve settlement (.6); emails regarding same (.3). | 0.90 |
| 11/17/24 | CHK | Work on revisions to settlement motion and order (.3) emails with Preston Towber (.2). | 0.50 |
| 11/18/24 | CHK | Work on revisions to settlement motion and order and finalization of signatures for them (.9); emails and telephone conferences with Preston Towber (1.5). | 2.40 |

| Date | Atty | Description of Services | Hours |
|---|---|---|---|
| 11/18/24 | AWC | Review and analyze Trustee's revisions to 9019 Motion and Order, and attention to incorporating all revisions and comments, and to finalizing/filing same; attention to phone conferences and email correspondences with opposing counsels (1.2); review and analyze singular, final, fully executed settlement agreement (1.0). | 2.20 |
| 11/19/24 | CHK | Attention to settlement agreement issues (.3); and emails regarding same (.2). | 0.50 |

**Total Fees**     **$21,455.00**

**Fee Recap**

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| C. Henry Kollenberg | 21.70 | $650.00 | $14,105.00 |
| Peter C. Smart | .90 | $475.00 | $427.50 |
| Alexander W. Cohn | 19.50 | $355.00 | $6,922.50 |
| **Totals** | **42.10** | | **$21,455.00** |